# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 8:11CR335 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| EFRAIN ROBLEDO-SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on the defendant's Motion to Review Detention and Pre-Trial Services Investigation of Third Party Custodian (#32). The motion is denied without hearing.

On September 29, 2011 the court entered an Order of Detention (#22) following a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act. The court determined the defendant, pursuant to 18 U.S.C. § 3142(e), should be detained. The defendant's current motion for further detention hearing contains no additional evidence or information that would cause the court to reconsider its ruling. This is particularly true given the defendant's prior deportation (1995), his prior felony drug conviction (California, 1995), and the fact that the evidence presented fails to rebut the presumption of detention, 18 U.S.C. § 3142(e).

**IT IS ORDERED** that defendant's Motion to Review Detention and Pre-Trial Services Investigation of Third Party Custodian (#32) is denied without hearing.

Dated this 29th day of November 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge